AO 442 (Rev.11/11) Arrest Warrant

FID 11721032

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED USMS ORLANDO
2024 SEP 25 PM5:04

FILED OCT 4 2024 AM 11:14 USDC - FLMD - ORL

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:24-cr-244-RBD-EJK |
| JESUS HERNANDEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JESUS HERNANDEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, straw purchasing, trafficking in firearms, and false statement on firearm transaction record, in violation of 18 U.S.C. §§ 932, 933, and 922.

Date: 09-25-24

_____
Issuing officer's signature

City and state:   Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/25/2024, and the person was arrested on *(date)* 10/1/2024

at *(city and state)* Volusia, Fl

Date: 10/2/2024

_____
Arresting officer's signature

Special Agent Stefani Brown
*Printed name and title*